# United States Court of Appeals for the Fifth Circuit

_____

No. 23-40514
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**

March 27, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Guillermo Bautista-Hernandez,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:23-CR-439-1

_____

Before Jones, Southwick, and Ho, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Guillermo Bautista-Hernandez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Bautista-Hernandez has not filed a response. We have reviewed counsel's brief and the relevant portions of the

_____

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-40514

record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.